# United States Bankruptcy Court
## Eastern District of Wisconsin

| | | | |
|---|---|---|---|
| In re | **Mark McKinney**<br>**Kimberly McKinney** | Case No. | **09-37423** |
| | Debtor(s) | Chapter | **13** |

## AMENDED CHAPTER 13 PLAN

### NOTICES

**NOTICE TO DEBTORS: This plan is the model plan as it appears in the Appendix to the Local Rules of the Bankruptcy Court for the Eastern District of Wisconsin on the date this plan is filed. THIS FORM PLAN MAY NOT BE ALTERED IN ANY WAY OTHER THAN WITH THE SPECIAL PROVISIONS IN SECTION 10.**

☒ **A check in this box indicates that the plan contains special provisions set out in Section 10 below.**

**NOTICE TO CREDITORS: YOUR RIGHTS WILL BE AFFECTED BY THIS PLAN.** You should read this Plan carefully and discuss it with your attorney. If you oppose any provision of this plan you must file a written objection. The time to file an objection will be in a separate notice. Confirmation of this Plan by the Court may modify your rights. You may receive less than the full amount of your claim and/or a lesser interest rate on your claim.

**You must file a proof of claim in order to be paid under this Plan. Payments distributed by the Trustee are subject to the availability of funds.**

### THE PLAN

Debtor or Debtors (hereinafter "Debtor") propose this Chapter 13 Plan:

**1. Submission of Income.**

☐ **Debtor's annual income is above the median for the State of Wisconsin.**
☒ **Debtor's annual income is below the median for the State of Wisconsin.**

    **(A).** Debtor submits all or such portion of future earnings or other future income to the Chapter 13 Trustee (hereinafter "Trustee") as is necessary for the execution of this Plan.

    **(B).** Tax Refunds (Check One):

    ☒ Debtor is required to turn over to the Trustee 50% of all net federal and state income tax refunds received during the term of the plan.
    ☐ Debtor will retain any net federal and state tax refunds received during the term of the plan.

**2.**     **Plan Payments and Length of Plan. *Debtor shall pay the total amount of _$56,688.88_ by paying _$950.00_ per month to Trustee by* ☒ *Periodic Payroll Deduction(s) or by* ☐ *Direct Payment(s) for the period of _60_ months. The duration of the plan may be less if all allowed claims in every class, other than long-term claims, are paid in full.***

**1**

Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

**3. Claims Generally. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief.** Creditors may file a proof of claim in a different amount. Objections to claims may be filed before or after confirmation.

The following applies in this Plan:

**CHECK A BOX FOR EACH CATEGORY TO INDICATE WHETHER THE PLAN OR THE PROOF OF CLAIM CONTROLS:**

| | | Plan Controls | Proof of Claim Controls |
|---|---|:---:|:---:|
| A. | Amount of Debt | ☐ | ☒ |
| B. | Amount of Arrearage | ☐ | ☒ |
| C. | Replacement Value - Collateral | ☒ | ☐ |
| D. | Interest Rate - Secured Claims | ☒ | ☐ |

**FAILURE TO CHECK A BOX UNDER A CATEGORY IN THIS SECTION WILL MEAN THAT A PROPERLY FILED PROOF OF CLAIM WILL CONTROL FOR THE CORRESPONDING SUB-PARAGRAPH OF THE PLAN.**

**4. Administrative Claims.** Trustee will pay in full allowed administrative claims and expenses pursuant to 507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

**(A). Trustee's Fees.** Trustee shall receive a fee for each disbursement, the percentage of which is fixed by the United States Trustee, not to exceed 10% of funds received for distribution.

**(B). Debtor's Attorney's Fees.** The total attorney fee as of the date of filing the petition is $ __3,000.00__ . The amount of $ __1,056.00__ was paid prior to the filing of the case. The balance of $ __1,944.00__ will be paid through the plan. Pursuant to 507(a)(2) and 1326(b)(1), any tax refund submission received by the trustee will first be used to pay any balance of Debtor's Attorney's Fees.

***Total Administrative Claims:***      ***$7,097.32***

**5. Priority Claims.**

**(A). Domestic Support Obligations (DSO).**

☒ If checked, Debtor does not have any anticipated DSO arrearage claims or DSO arrearage claims assigned, owed or recoverable by a governmental unit.

☐ If checked, Debtor has anticipated DSO arrearage claims or DSO arrearage claims assigned, owed or recoverable by a governmental unit. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. 507(a)(1) will be paid in full pursuant to 11 U.S.C. 1322(a)(2). A DSO assigned to a governmental unit might not be paid in full. 11 U.S.C. 507(a)(1)(B) and 1322(a)(2).

| (a) DSO Creditor Name and Address | (b) Estimated Arrearage Claim | (c) Total Paid Through Plan |
|---|---|---|
| -NONE- | | |
| **Totals** | **$0.00** | **$0.00** |

**(B). Other Priority Claims (e.g., tax claims).** These priority claims will be paid in full through the plan.

| (a) Creditor | (b) Estimated claim |
|---|---|
| -NONE- | |
| **Totals:** | **$0.00** |

**Total Priority Claims to be paid through plan: __$0.00__**

2

Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

6. **Secured Claims.** The holder of a secured claim shall retain the lien securing such claim until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under Section 1328. The value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of the claim.

    (A). *Claims Secured by Personal Property.*

       ☐ *If checked, The Debtor does not have claims secured by personal property which debtor intends to retain. Skip to 7(B).*

       ☒ *If checked, The Debtor has claims secured by personal property which debtor intends to retain.*

       *(i). Adequate protection payments. Creditor must file a proof of claim to receive adequate protection payments. Upon confirmation the treatment of secured claims will be governed by Paragraph (ii) below. The Trustee shall make the following monthly adequate protection payments to creditors pursuant to 1326(a)(1)(C):*

| (a) Creditor | (b) Collateral | (c) Monthly Adequate protection payment amount |
|---|---|---|
| Capital One Auto Finance | 2004 Chevrolet Trailblazer | $50.00 |
| Get it Now | Washer/Bedroom Set/Furniture | $50.00 |
| Pay Day Loan Store | 1997 Dodge Ram Pickup | $50.00 |
| | Total monthly adequate protection payments: | $150.00 |

    (ii). **Post confirmation payments.** Post-confirmation payments to creditors holding claims secured by personal property shall be paid as set forth in subparagraphs (a) and (b).

       *(a). Secured Claims - Full Payment of Debt Required.*

       ☐ *If checked, the Debtor has no secured claims which require full payment of the underlying debt. Skip to (b).*

       ☒ *If checked, the Debtor has secured claims which require full payment of the underlying debt. Claims listed in this subsection consist of debts (1) secured by a purchase money security interest in a vehicle; (2) which debt was incurred within 910 days of filing the bankruptcy petition; and (3) which vehicle is for the personal use of the debtor; OR, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See 1325(a)(5). After confirmation the Trustee will pay the monthly payment in column (f).*

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Claim Amount | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| Capital One Auto Finance | 2004 Chevrolet Trailblazer | | $16,849.00 | %4.75 | $Prorata | $19,087.86 |
| TOTALS | | | $16,849.00 | | $prorata payments | $19,087.86 |

3

Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

**(b).** <u>*Secured Claims - Replacement Value.*</u>

☐ **If checked, the Debtor has no secured claims which may be reduced to replacement value. Skip to (B).**

☒ **If checked, the Debtor has secured claims which may be reduced to replacement value. The amount of the debt or the replacement value assigned to the property is in column (d).**

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Replacement Value/Debt | (e) Interest Rate | (f)Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| *Get it Now* | *Washer/Bedroom Set/Furniture* | | *$1,690.00* | *%4.75* | *$Prorata* | *$1,914.55* |
| *Pay Day Loan Store* | *1997 Dodge Ram Pickup* | | *$3,225.00* | *%0.00* | *$Prorata* | *$1,223.00* |
| *TOTALS* | | | *$4,915.00* | | *$prorata payments* | *$3,137.55* |

**(B). Claims Secured by Real Property Which Debtor Intends to Retain.**

(i) ☐ If checked, the Debtor does not have any claims secured by real property that Debtor intends to retain. Skip to (C).

☒ **If checked, the Debtor has claims secured by Real Property that debtor intends to retain. Debtor will make all post-petition mortgage payments directly to each mortgage creditor as those payments ordinarily come due. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter, unless this Plan provides otherwise.**

| (a) Creditor | (b) Property description |
|---|---|
| Universal Mtg Corp/wi | 8319 17th Avenue, Kenosha, WI 53143 |

(ii)

☒ **If checked, the Debtor has an arrearage claim secured by Real Property that the Debtor will cure through the Plan. Trustee may pay each allowed arrearage claim the estimated monthly payment indicated in column (d) until paid in full.**

| (a) Creditor | (b) Property | (c) Estimated Arrearage Claim | (d) Estimated Monthly Payment | (e) Estimated Total Paid Through Plan |
|---|---|---|---|---|
| *Universal Mtg Corp/wi* | *8319 17th Avenue, Kenosha, WI 53143* | *$26,818.45* | *$Prorata* | *$26,818.45* |
| *TOTALS* | | *$26,818.45* | | *$26,818.45* |

**Total Secured Claims to Be Paid Through the Plan:  $49,043.86**

**(C). Surrender of Collateral.** This Plan shall serve as notice to creditor(s) of Debtor's intent to surrender the following collateral. Any secured claim filed by a secured lien holder whose collateral is surrendered at or before confirmation will have their secured claim treated as satisfied in full by the surrender of the collateral.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
| -NONE- | |

4

Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

**7. Unsecured Claims.**

    *(A). Debtor estimates that the total of general unsecured debt not separately classified in paragraph (b) below is $ 93,542.42 . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of $ 547.70 or 1 %, whichever is greater.*

    *(B). Special classes of unsecured claims:*
    *None*

        ***Total Unsecured Claims to Be Paid Through the Plan: $547.70***

**8.   Executory Contracts and Unexpired Leases.**

    ☒ If checked, the Debtor does not have any executory contracts and/or unexpired leases.

    ☐ If checked, the Debtor has executory contracts and/or unexpired leases. The following executory contracts and unexpired leases are assumed, and payments due after filing of the case will be paid directly by Debtor. Debtor proposes to cure any default by paying the arrearage on the assumed leases or contracts in the amounts projected in column (d) at the same time that payments are made to secured creditors after confirmation.

| (a) Creditor | (b) Nature of lease or executory contract | (c) Estimated arrearage claim | (d) Estimated monthly payment |
|---|---|---|---|
| -NONE- | | | |
| | | Totals: | $ |

All other executory contracts and unexpired leases are rejected upon confirmation of the plan.

**9.   Property of the Estate.** Property of the estate shall revest in Debtor (Check one):
    ☒    Upon Confirmation; or
    ☐    Upon Discharge

**10. Special Provisions.** Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below. **The provisions will not be effective unless there is a check in the notice box preceding Paragraph 1 of this plan.**

---

Section 2 - Plan Payments
☐ IF CHECKED, Plan payments will increase to **$ 0.00** upon completion or termination of __.

☐ IF CHECKED, No Plan payments will be due for the months of __ during the term of the plan. (Summer Skip Provision)
**Debtor shall provide to the trustee 1/2 of their annual tax refunds for the first 36 months of their plan. Any refunds shall serve first to reduce the term of their plan to not less than 36 months, then to pay an increased dividend to allowed unsecured cr**

**Section 4(B): Following Confirmation of the plan, Attorney fees shall be paid concurrently with Secured Creditors on a 50/50 basis from available funds as determined by the Trustee.**

---

5

Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

**11. Direct Payment by Debtor.** Secured creditors and lessors to be paid directly by the Debtor may continue to mail to Debtor the customary monthly notices or coupons or statements notwithstanding the automatic stay.

**12. Modification.** Debtor may file a pre-confirmation modification of this plan that is not materially adverse to creditors without providing notice to creditors if the Debtor certifies that said modification is not materially adverse to said creditors.

| | | | |
|---|---|---|---|
| Date | **March 15, 2010** | Signature | **/s/ Mark McKinney** |
| | | | **Mark McKinney** |
| | | | Debtor |

| | | | |
|---|---|---|---|
| Date | **March 15, 2010** | Signature | **/s/ Kimberly McKinney** |
| | | | **Kimberly McKinney** |
| | | | Joint Debtor |

| | | |
|---|---|---|
| Attorney | **/s/ Please select an attorney.** | |
| | **Please select an attorney.** | |
| | State Bar No. | |
| | Firm Name | **Landry Law Offices, LLC** |
| | Firm Address | **1920 N. Farwell Avenue, Unit 209** |
| | | **Milwaukee, WI 53202** |
| | Phone | **262-671-0622** |
| | Fax | **888-391-3395** |
| | E-mail | **info@landrylawoffices.com** |

6

Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

|  | |  |
|---|---|---|
| | **Case No.:** | **09-37423-jes** |
| | **Chapter:** | **Chapter 13** |

**In Re:**

      **Mark A. McKinney**
      **Kimberly Elaine McKinney,**
                **Debtors.**

## NOTICE OF AMENDMENT TO CHAPTER 13 PLAN

      **PLEASE TAKE NOTICE** that the above named debtors, Mark & Kimberly McKinney, by their attorney, Landry Law Offices, LLC, have filed papers to modify their Plan prior to confirmation.

      <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to allow this amendment, or if you want the court to consider your views regarding this amendment, then on or before **21 days** you or your attorney must:
File a written response explaining your position and request for a hearing at:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Ave., Ste. 126
Milwaukee, Wisconsin 53202

      If you mail your request or response, you must mail it early enough so the court will **receive** it on or before **21 days** of the date of this notice.
You must also mail a copy to:

| | |
|---|---|
| Attorney Ryan M. Landry | Mary B. Grossman |
| Landry Law Offices, LLC | Chapter 13 Trustee |
| 1920 N. Farwell Avenue, #209 | 740 N. Plankinton Ave., #400 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting said relief.

      Dated this 15th day of March, 2010                 **LANDRY LAW OFFICES, LLC**

**DRAFTED BY:**                                     */s/ Ryan M. Landry*
Attorney Ryan M. Landry
Landry Law Offrices
1920 N. Farwell Ave., #209                          Ryan M. Landry SBN#1046314
Milwaukee, WI 53202
(262) 705-5473
info@landrylawoffices.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

**In Re:**

    **Mark A. McKinney**
    **Kimberly Elaine McKinney,**

               **Debtors.**

**Chapter 13**

**Case No. 09-37423-jes**

---

## CERTIFICATE OF SERVICE

---

    The undersigned, Ryan M. Landry, attorney for the Debtors identified herein, does certify that a copy of this certificate of service and the attached Notice of Modification of Chapter 13 Plan and Modified Chapter 13 Plan were mailed to the parties mentioned below at their respective addresses, postage prepaid, by US Mail in Milwaukee, WI on March 15th, 2010:

| | | | |
|---|---|---|---|
| Mark & Kimberly McKinney<br>8319 17th Avenue<br>Kenosha, WI 53143 | AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Account Recovery Service<br>3031 N 114th Street<br>Milwaukee, WI 53222 | Acct Recovery Services<br>3031 North 114th Street<br>Milwaukee, WI 53222 |
| ACS College Loan Corp<br>501 Bleecker Street<br>Utica, NY 13501 | American Credit and Collection<br>PO Box 264<br>Taylor, PA 18517 | Americollect<br>1851 S Alverno Rd<br>Manitowoc, WI 54220 | Army/Airforce Exchange<br>3911 Walton Walter<br>Dallas, TX 75266 |
| Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090 | Assetcare Inc.<br>5100 Peachtree Industrial Blvd<br>Norcross, GA 30071 | Assetcare Inc.<br>PO Box 15380<br>Wilmington, DE 19850 | AT&T<br>PO Box 6416<br>Carol Stream, IL 60197 |
| AT&T Uverse<br>PO Box 5014<br>Carol Stream, IL 60197 | Attorney William Foshag<br>Gray & Associates LLP<br>16345 W Glendale Dr<br>New Berlin, WI 53151 | Aurora Medical Group<br>P.O. Box 341457<br>Milwaukee, WI 53234-1457 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 |
| Capital 1 Bank<br>PO Box 85520<br>Richmond, VA 23285 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>POB 201347<br>Arlington, TX 76006 | Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093 |
| CAPITAL ONE BANK USA,<br>N.A.<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cbe Group<br>131 Towe Park Dr Suite 1<br>Waterloo, IA 50702 | CBSD/Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117 | Chase Bank<br>C/O Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 |

Check 'n Go
6019 Sheridan Road
Kenosha, WI 53143

Check Into Cash
3466 52nd Street
Kenosha, WI 53144

Chevron / Texaco Citibank
PO Box 5010
Concord, CA 94524

Chevron / Texaco Citibank
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Cingular
PO Box 6416
Carol Stream, IL 60197

Citi Corp Credit Services
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Citi Corp Credit Services
701 East 60th Stre
Sioux Falls, SD 57104

Citi/stdnt Ln Rsrc Cnt
99 Garnsey Rd
Pittsford, NY 14534

Citi/Student Loan Rsrc Cnt
99 Garnsey Rd
Pittsford, NY 14534

Citibank N A
99 Garnsey Rd
Pittsford, NY 14534

Citibank NA as trustee for
The Student Loan Corp.
California Student Aid
Commission
Accounts Receivable
Po Box 419041
Rancho Cordova CA 95741-
9041

Citibank USA NA
8875 Aero Drive Suite 200
San Diego, CA 92123

Collect Association
PO Box 250809
Milwaukee, WI 53225

Consumer Reports
Business Affairs Department
P.O. Box 5300
Boulder, CO 80322-3000

Cottonwood Financial
1901 Gateway Drive
Irving, TX 75038

Cottonwood Financial Wisconsin, LLC
d/b/a The Cash Store and/or
CashASAP
1901 Gateway Drive
Suite 200
Irving, TX 75038

Credit Management
4200 International Pkwy
Carrollton, TX 75007

Credit Management Control
PO Box 1654
Green Bay, WI 54305

Direct TV
PO Box 78626
Phoenix, AZ 85062

Ear, Nose and Throat Clinic
3535 30th Avenue
Kenosha, WI 53144

Educators Credit Union
PO Box 011040
1400 Newman Road
Racine, WI 53408

EMCC Investment Ventures
375 W Cerritos Ave
Anaheim, CA 92805

Endocrine Clinic of Kenosha
3535 30th Avenue
Suite 101B
Kenosha, WI 53144

Ganz Allergy
1515 S. Greenbay Road
Racine, WI 53406

GE Money Bank
P.O. Box 981400
BLDG B
El Paso, TX 79998-1064

GE Money Bank
P.O. Box 981462
El Paso, TX 79998-1064

Gemb/chevron
Attention: Bankruptcy
PO Box 103106
Roswell, GA 30076

Gemb/chevron
4125 Windward Plz
Alpharetta, GA 30005

Gemb/qvc
PO Box 971402
El Paso, TX 79997

Gemb/QVC
Attention: Bankruptcy
PO Box 103106
Roswell, GA 30076

Get It Now
3446 52nd Street
Kenosha, WI 53144

Get It Now
5700 Tennyson Park
Plano, TX 75024

Get It Now, LLC
3434 52nd Street
Kenosha, WI 53144

Home Depot
P.O. Box 105981
Atlanta, GA 30353

Hsbc Best Buy
Attn: Bankruptcy
PO Box 6985
Bridge Water, NJ 08807

Hsbc Best Buy
PO Box 15521
Wilmington, DE 19805

IHC Kenosha Radiology
PO Box 3261
Milwaukee, WI 53201

Infinity Health Care Physicians,
SC
PO Box 3261
Milwaukee, WI 53201

Judith Thompson
6530 Sheridan Road
Kenosha, WI 53143

Kenosha County, Clerk of Circuit
Court
Courthouse
912 56th St.
Kenosha, WI 53140-3747

Kenosha Emergency Physicians
PO Box 3261
Milwaukee, WI 53201

Kenosha Hospital & Medical
Center
6308 Eighth Ave
Kenosha, WI 53143

Kenosha Water Utility
4401 Green Bay Road
Kenosha, WI 53144

Kent's Tools
265 Evergreen Court
Burlington, WI 53105

Kohn Law Firm
Atty. Elaine Landis
312 E. Wisconsin Ave
Ste 501
Milwaukee, WI 53202

Kohn Law Firm
Atty: Kevin T. White
312 E. Wisconsin Ave
Ste 501
Milwaukee, WI 53202

Lakeside Pediatrics
6308 8th Avenue
Kenosha, WI 53143

Lane Bryant Retail/soa
450 Winks Lane
Bensalem, PA 19020

Little Dreamers Daycare
8220 75th Street
Kenosha, WI 53142

LOBC
6207 Bartram Village
Jacksonville, FL 32258

Medco Health Solutions Inc.
PO Box 7247
Philadelphia, PA 19170

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Midland Credit Mgmt.
PO Box 939019
San Diego, CA 92193

Midwest Phys. Anes.
Services
Collection Associates
PO BOX 465
Brookfield, WI 53008

Midwest Physician Anesthesia
Services
4703 Paysphere Circle
Chicago, IL 60674

National Quick Cash #250
6304 22nd Ave
Kenosha, WI 53143

NCO - Medclr
PO Box 8547
Philadelphia, PA 19101

Nco Financial Systems
507 Prudential Rd
Horsham, PA 19044

Nco Financial Systems
Po Box 15636
Wilmington, DE 19850

Oliver Adjustment Co
3416 Roosevelt Road
Kenosha, WI 53142-3937

Pay Day Loan Store
6001 22nd Avenue
Kenosha, WI 53143

Penn Foster School
Student Service Center
925 Oak Street
Scranton, PA 18515-0001

PLS Loans
6001 22nd Avenue
Kenosha, WI 53143

PRA Receivables Management,
LLC
As Agent of Portfolio Recovery
Assocs.
PO Box 12914
Norfolk, VA 23541

QC Financial Services, Inc.
6304 22nd Avenue
Kenosha, WI 53143

QCard
PO Box 530905
Atlanta, GA 30353

Riexinger & Associates LLC
PO Box 956188
Duluth, GA 30095

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Sandra McKinney
2026 Georgia Avenue
Racine, WI 53401

Security Check, LLC
3 Easton Oval Suite 210
Columbus, OH 43219

Snap On Tools Credit LLC
PO Box 506
Gurnee, IL 60031

SPIRIT OF AMERICA
NATIONAL BANK/LANE
BRYANT
FIRST EXPRESS
PO BOX 856132
LOUISVILLE, KY 40285-6132

Sprint
P.O. Box 569670
Dallas, TX 75356

Sprint Nextel
Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-
0949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

The Cash Store
1901 Gateway Drive #200
Irving, TX 75038

The CBE Group
131 Tower Park Suite 100
PO Box 2635
Waterloo, IA 50704

Time Warner
1403 Washington Road
Kenosha, WI 53141

United Hospital System
6308 8th Ave.
Kenosha, WI 53143

United Occupational Medicine
111 E. Wisconsin Avenue Suite 2000
PO Box 3261
Milwaukee, WI 53202

Universal Mortgage Corporation
12080 North Corporate Parkway
Mequon, WI 53092

Universal Mtg Corp/wi
12080 North Corpor
Mequon, WI 53092

Victoria's Secret
PO Box 182273
Columbus, OH 43218

Victoria's Secret
PO Box 182128
Columbus, OH 43218

Walgreens
3805 80th Street
Kenosha, WI 53142

Washington Mutual
PO Box 660509
Dallas, TX 75266

Washington Mutual
Attn: BK Supervisor
PO Box 10467
Greenville, SC 29603

WE Energies
Attn: Jill
333 West Everett Street, Room A130
Milwaukee, WI 53201

And the following via ECF

WI Electric
Attention: Bankruptcy
PO Box 2046
Milwaukee, WI 53201

Wonderful World of Kid's Castle
4211 Green Bay Road
Kenosha, WI 53144

Woodman's
7145 120th Avenue
Kenosha, WI 53142

Mary B. Grossman
Chapter 13 Trustee
740 N. Plankinton Ave., Ste. 400
Milwaukee, WI 53203

US Trustee Office
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Jay J. Pitner
Gray & Associates, LLP
16345 West Glendale Drive
New Berlin, WI 53151
414-224-8404

Robert J. Hyndman
Law Office of Robert J. Hyndman
12521 W. Hampton Avenue
P. O. Box 624
Butler, WI 53007

Dated this 15th day of March, 2010

By:  */s/ Ryan M. Landry*
Ryan M. Landry
Attorney for the Debtor
SBN#1046314